IN RE FORECLOSURE OF FIRST RESORT PROPERTIES

[326 N.C. 358 (1990)]

IN THE MATTER OF: THE FORECLOSURE OF THE DEED OF TRUST EXECUTED BY FIRST RESORT PROPERTIES OF N.C., INC. TO SAMUEL H. POOLE, TRUSTEE, AND CHARLES BILLINGS AND WIFE, JANICE BILLINGS, BENEFICIARIES, RECORDED IN BOOK 362, PAGE 544, MOORE COUNTY REGISTRY

No. 284A89

(Filed 1 March 1990)

APPEAL by petitioners Charles and Janice Billings pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 94 N.C. App. 219, 380 S.E.2d 128 (1989), and upon discretionary review as to additional issues allowed by this Court on 31 July 1989. The Court of Appeals affirmed the order of *Helms (William H.), J.,* entered 6 June 1988 in Superior Court, MOORE County, dismissing the underlying foreclosure action and vacating an order of foreclosure by the Clerk of Superior Court, Moore County. Heard in the Supreme Court 12 February 1990.

*Jack E. Carter and McCoy, Weaver, Wiggins, Cleveland & Raper, by Richard M. Wiggins, for petitioner-appellants Charles and Janice Billings.*

*Parham, Helms and Kellam, by Raymond L. Lancaster and William H. Trotter, Jr., for respondent-appellee Berkeley Federal Savings and Loan Association.*

PER CURIAM.

Affirmed.